MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Jan 30, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARDCASTLE,<br><br>Defendant. | CASE NO. 1:25-cr-00016-JLT-SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on January 30, 2025 charging the above defendant with violations of 18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1343 – Wire Fraud (Six Counts); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants

///

1  issued pursuant thereto, except when necessary for the issuance and execution of the
2  warrants.

5  Dated: January 30, 2024                    Respectfully submitted,

                                              MICHELE BECKWITH
                                              Acting United States Attorney

                                        By    /s/ Joseph D. Barton
                                              JOSEPH D. BARTON
                                              Assistant U.S. Attorney


                                              IT IS SO ORDERED.


                                              ___B. McAuliffe_____
Dated: January 30, 2025
                                              BARBARA A. MCAULIFFE
                                              U.S. Magistrate Judge

Motion to Seal Indictment                          2