MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Feb 03, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DAVID HARDCASTLE,<br><br>                Defendant. | CASE NO. 1:25-CR-00016-JLT-SKO<br><br>ORDER TO UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and all other filings in the case be unsealed.

IT IS SO ORDERED.

Dated: February 3, 2025

                                                                      HON. ERICA P. GROSJEAN
  &nbsn;                                                        UNITED STATES MAGISTRATE JUDGE