1  MICHELE BECKWITH
   Acting United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9  IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA | Case No. 1:25-cr-00016-JLT-SKO |
   |---|---|
   | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
   | v. | |
   | DAVID HARDCASTLE, | |
   | Defendant. | |

20    IT IS HEREBY STIPULATED between the parties that the status conference scheduled for April 16, 2025, at 1:00 p.m., may be continued until July 16, 2025, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform.

       Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through July 16, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: April 3, 2025  　　　　　　　　　　*/s/ Jeffrey Hammerschmidt*
　　　　　　　　　　　　　　　　　　　　　Jeffrey Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　Counsel for David Hardcastle

Dated: April 3, 2025  　　　　　　　　　　*/s/ Joseph Barton*
　　　　　　　　　　　　　　　　　　　　　Joseph Barton
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00016-JLT-SKO |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DAVID HARDCASTLE, | |
| Defendant. | |

    The Defendant, David Hardcastle, was arraigned on February 3, 2025.

    Based on the parties' stipulation and for good cause shown, the status conference scheduled for April 16, 2025, is continued until July 16, 2025, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period from April 16, 2025, through July 16, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: __**April 3, 2025**__          */s/ Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE