

# United States District Court
# Eastern District of California

| United States of America | Case Number: | 1:25-cr-00016-JLT-SKO |
|---|---|---|

Plaintiff(s)

V.

| David Hardcastle |
|---|

APPLICATION FOR PRO HAC
VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Valerie Amsterdam _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

David Hardcastle, Defendant
_____

On _____ January, 1977 _____ (date), I was admitted to practice and presently in good standing in the

_____ New York State (Reg no. 1049881) _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.


[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

 Note:  Twenty years ago, 2006, I resigned from the Bar of New York State having made a false state


Date: _____ June 10, 2025 _____          Signature of Applicant: /s/ Valerie S. Amsterdam

**Pro Hac Vice Attorney**

Applicant's Name: Valerie Amsterdam

Law Firm Name: Law Office of Valerie Amsterdam

Address: 1225 Park Avenue

City: New York          State: N.Y.    Zip: 10128

Phone Number w/Area Code: 917-846-1169

City and State of Residence: New York, New York

Primary E-mail Address: valerieamsterdam@yahoo.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jeffrey Hammerschmidt, Esq.

Law Firm Name: Hammerschmidt Law Corporation

Address: 2445 Capitol Street #215

City: Fresno          State: CA    Zip: 93721

Phone Number w/Area Code: 559-233-5333          Bar # 131113

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 17, 2025          /s/ Barbara A. McAuliffe

JUDGE, U.S. DISTRICT COURT