Valerie S. Amsterdam (NYS: 1049881)
**LAW OFFICES OF VALERIE AMSTERDAM**
1220 Park Avenue
New York, New York 10128
Tel: (917) 846-1169

Jeffrey T. Hammerschmidt, #131113
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DAVID HARDCASTLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>DAVID HARDCASTLE,<br><br>        Defendant | Case No.: 1:25-CR-00016-JLT-SKO<br><br>**MOTION FOR BAIL**<br><br>Date:<br>Time:<br>Judge: |

PLEASE TAKE NOTICE THAT, upon the Declaration of Valerie S. Amsterdam, Esq. and local counsel, Jeffrey T. Hammerschmidt, Esq, dated August 28, 2025, and the exhibits attached thereto, defendant David Hardcastle, by and through his undersigned attorneys, will move this Court at the United States Courthouse, 2500 Tulare Street, Fresno, California, at a date and time to be determined by the Court, for an Order releasing Mr. Hardcastle on the proposed conditions, or any other conditions the Court deems appropriate.

Dated:  August 28, 2025                                      Respectfully submitted,


                                              /s/ Valerie S. Amsterdam, Esq.
                                              VALERIE S. AMSTERDAM, ESQ.