| | |
|---|---|
| 1 | ERIC GRANT |
| | United States Attorney |
| 2 | JOSEPH D. BARTON |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00016-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| DAVID HARDCASTLE, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for October 29, 2025, at 1:00 p.m., may be continued until November 19, 2025, at 1:00 p.m., before the Honorable Sheila K. Oberto. This case has been pending for approximately eight months. The government has produced discovery to defense counsel, which includes thousands of pages of detailed financial records. The parties have also met and conferred regarding a potential plea offer to resolve this case and another more complex case that is uncharged, and they are hopeful that resolutions will soon be reached. Finally, defense counsel has further investigation to perform.

If the parties have not reached a plea agreement by the next status conference, they will be ready to schedule a trial date in this case.

Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through November 19, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  October 16, 2025            /s/ Jeffrey Hammerschmidt
                                    Jeffrey Hammerschmidt
                                    Valerie Amsterdam
                                    Counsel for David Hardcastle

Dated:  October 16, 2025            /s/ Joseph Barton
                                    Joseph Barton
                                    Assistant United States Attorney

## ORDER

In light of the Defendant's arraignment on February 3, 2025, the parties' request to continue the status conference from October 29, 2025, to November 19, 2025, at 1:00 p.m. is GRANTED. The period through November 19, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties shall be prepared to select a mutually agreeable trial date at the November 19, 2025, status conference.

IT IS SO ORDERED.

Dated:  **October 17, 2025**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE