ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00016-JLT-SKO |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| v. | |
| DAVID HARDCASTLE, | |
| Defendant. | |

The parties are in plea negotiations and are hopeful that this case will be resolved with a plea agreement soon. Nonetheless, pursuant to the Court's minute order, the parties request that this case be scheduled for trial starting on October 20, 2026. The undersigned have various other federal trials and other federal matters scheduled up until early October 2026. Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded from November 17, 2025, through October 20, 2026, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

///

///

///

The parties request that the status conference scheduled for November 19, 2025, be vacated.

IT IS SO STIPULATED.

Dated: November 17, 2025 　　　　　　　　*/s/ Valerie Amsterdam*
　　　　　　　　　　　　　　　　　　　　Valerie Amsterdam
　　　　　　　　　　　　　　　　　　　　Jeff Hammerschmidt
　　　　　　　　　　　　　　　　　　　　Counsel for David Hardcastle


Dated: November 17, 2025 　　　　　　　　*/s/ Joseph Barton*
　　　　　　　　　　　　　　　　　　　　Joseph Barton
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1 ERIC GRANT
United States Attorney
2 JOSEPH D. BARTON
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6 Attorneys for Plaintiff
United States of America
7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00016-JLT-SKO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DAVID HARDCASTLE, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, this case is scheduled to start trial on October 20, 2026, before the Honorable Jennifer L. Thurston. Time under the Speedy Trial Act shall be excluded from November 17, 2025, through October 20, 2026, for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The status conference scheduled for November 19, 2025, is vacated.

IT IS SO ORDERED.

_____
Honorable Sheila K. Oberto
United States Magistrate Judge