ERIC GRANT
United States Attorney
JOSEPH D. BARTON
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-cr-00016-JLT-SKO; <br> 1:26-cr-00030-JLT-SKO |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| DAVID HARDCASTLE, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, a change of plea hearing is scheduled in the above-referenced cases for April 20, 2026, at 9:00 a.m. before the Honorable Jennifer L. Thurston.  Time shall be excluded in both cases from February 24, 2026, through April 20, 2026, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).  All other case dates, including the trial date, and deadlines are VACATED.


IT IS SO ORDERED.

Dated:   **February 25, 2026**

_____
UNITED STATES DISTRICT JUDGE