Jeffrey T. Hammerschmidt, #131113
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, DAVID HARDCASTLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID HARDCASTLE,<br><br>　　　　Defendant | Case No.: 1:25-CR-00016-JLT-SKO<br><br>**JOINT STIPULATION TO MODIFY BAIL CONDITIONS ORDER** |

## MOTION FOR MODIFICATION OF BAIL CONDITIONS

David Hardcastle by and through undersigned counsel and United States of America, Department of Justice, hereby jointly stipulate that the defendant's conditions of release may be modified to remove the location monitoring and curfew conditions. *See* 25-cr-00016-JLT-SKO.

David Hardcastle was arrested in the Eastern District of California charged with conspiracy to commit wire fraud and six counts of wire fraud in violation of 18 U.S.C. § 1349, 1343. Mr. Hardcastle appeared before Magistrate Erica P. Grosjean on February 4, 2025. Officers Ryan Beckwith and Brian Bedrosian were present to represent Pre-Trial Services. Pre-Trial recommended Mr. Hardcastle's release on a personal recognizance bond. (Transcript of Detention Hearing, February 4, 2025, attached hereto, and referred to as HT.)

Following a detention hearing, Mr. Hardcastle was released on condition that he subject to a curfew and GPS monitoring. For over a year, Hardcastle has been fully compliant with the terms of his release. His Supervising Pretrial Services Officers, Frank Guerrero and Ryan Beckwith, have no objection to the proposed modification.

Subject to the Court's approval, the conditions of Hardcastle's bail shall modified as follows:

- $250,000 personal recognizance bond
- Said bond to be signed and guaranteed by the two individuals to be approved by the government including Laura Hardcastle, defendant's wife: Elizabeth Hardcastle, defendant's mother, and Pete Perez, defendant's friend and former business partner.
- Travel within the United States upon notification to Pre-Trial and Government

All other conditions of release, including surrender of passport to remain in full force and effect.

DATE:    March 26, 2026                    Respectfully Submitted,

                                           /s/ Jeffrey T. Hammerschmidt
                                           Jeffrey T. Hammerschmidt

DATE:    March 26, 2026                    /s/ Joseph Barton
                                           AUSA Joseph Barton
                                           Assistant United States

**ORDER**

The Court denies without prejudice the stipulation of the parties until the parties file consistent to Fed.R.Crim.P. 46(e) an affidavit to justify that the sureties are qualified.

IT IS SO ORDERED.

Dated:   **March 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge