Jeffrey T. Hammerschmidt, #131113
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Valerie S. Amsterdam, NYS #1049881
**LAW OFFICES OF VALERIE AMSTERDAM**
1220 Park Avenue
New York, New York 10128
Tel: (917) 846-1169

Attorneys for Defendant, DAVID HARDCASTLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:25-CR-00016-JLT-SKO |
| Plaintiff, | |
| vs. | **AFFIDAVIT IN SUPPORT OF MODIFICATION OF BAIL; ORDER** |
| DAVID HARDCASTLE, | |
| Defendant | |

### AFFIDAVIT IN SUPPORT OF MODIFICATION OF BAIL CONDITIONS

Valerie S. Amsterdam, co-counsel for David Hardcastle in the above captioned case, submits this affidavit in support of the stipulation to modify bail conditions.

1. I am co-counsel for defendant David Hardcastle.

2. I previously filed a proposed stipulation and order modifying Mr. Hardcastle's bail conditions.

3. The proposed order is unopposed by AUSA Joseph Barton and by the Office of Pre-Trial Support.

4. I have attached a copy of AUSA Barton's email dated March 31, 2026, sent to co-counsel, Jeff Hammerschmidt, and myself.

5. In the attached email, AUSA Barton advised that I should prepare an affidavit as to why the Court should accept the proposed sureties. He reaffirms that he does not oppose their signing of the personal recognizance bond.

6. I have interviewed the proposed sureties and believe each is an appropriate financially secure individual with strong ties to Mr. Hardcastle.

7. I have provided the following information to AUSA Barton who does not object to any of the proposed signers.

8. The first proposed signer is Mrs. Elizabeth Hardcastle, defendant's mother. Mrs. Hardcastle resides at 625 N. Acadia, Reedley, California in a home she has owned since 1988. Mrs. Hardcastle has taught English at Reedley High School for over 40 years. Her date of birth is June 17, 1945, and she is an American citizen. Her phone number is 559-696-9412.

9. The second proposed signer is defendant's wife, Laura Hardcastle, an American citizen born November 19, 1959. She jointly owns the family house at 618 E. Home Street, Fresno. She is the mother of defendant's two daughters both attending college. Daughter Alexandra is currently studying for her PhD at University of British Columbia. Daughter Amanda lives at home with her parents and attends John Paul the Great Catholic University. Mrs. Hardcastle has currently been battling cancer, which now appears to be in remission. Laura and David Hardcastle have been married since 1998. Mrs. Hardcastle is aware of the terms of the defendants release and will monitor same on a daily basis.

10. Mr. Peter Perez is the last proposed surety. Mr. Perez has lived at, and owned, the same home for 44 years, located at 218 Kingswood Parkway, Reedley, California. He is a decades old friend and former business partner owning and operating Amerisport, a sporting goods company. Mr. Perez' date of birth is June 29, 1944, and his contact phone is 559-916-3613.

11. The proposed sureties understand that each will be responsible for up to $250,000 should defendant Hardcastle fail to appear. All are financially responsible adults with strong personal ties to Mr. Hardcastle. None have been convicted of a crime.

12.  The government consents to a $250,000 personal recognizance bond signed by these three proposed individuals.  All other conditions of release, including surrender of passport to remain in full force and effect.

DATE:   April 2, 2026                              Respectfully Submitted,


/s/ Valerie S. Amsterdam_____
Valerie S. Amsterdam


### ORDER

The Court hereby modifies the Amended Order Setting Conditions of Pretrial Release for David Hardcastle—Case # 25-cr-00016-JLT-SKO - to remove the Location Monitoring program and curfew requirements. All other conditions previously imposed remain in full force.

IT IS SO ORDERED.

Dated:    **April 10, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge