ERIC GRANT
United States Attorney
JOSEPH D. BARTON
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DAVID HARDCASTLE,<br><br>Defendant. | Case Nos. 1:25-cr-00016-JLT-SAB;<br>1:26-cr-00030-JLT-SAB<br><br>PROPOSED ORDER |

Upon the parties' stipulation, and for good cause shown, the sentencing in these cases that is scheduled for September 14, 2026, is continued until October 19, 2026, at 9:00 a.m., before the Honorable Jennifer L. Thurston in the Fresno Federal Courthouse.

IT IS SO ORDERED.

Dated: July 16, 2026

Jennifer L. Thurston

HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE